USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRGINIA NORMAN, and on behalf of all other persons similarly situated,

                Plaintiff,

v.

ASCENA RETAIL GROUP, INC.,

                Defendant.

1: 17-cv-9608

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff VIRGINIA NORMAN and Defendant ANNTAYLOR RETAIL INC., incorrectly named in the Complaint as Ascena Retail Group, Inc., by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: August 6, 2018

THE LAW OFFICES OF JUSTIN A. ZELLER, P.C.

By: _____/s/ Justin Zeller_____
Justin A. Zeller
277 Broadway, Suite 408
New York, New York 10007
Tel: (212) 229-2249
Email: Jazeller@zellerlegal.com

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/_____
Douglas T. Schwarz
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6890
Email: douglas.schwarz@morganlewis.com

*Attorneys for Defendant*

**SO ORDERED:**

Dated: _August 23_, 2018

_____/s/ Paul G. Gardephe_____
United States District Judge